PHILLIP A. TALBERT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
FEB 23 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LORI CARRILLO,<br>LADON DENMARK, AND<br>AARON STEWART<br><br>          Defendants. | CASE NO. 5:17-MJ-00004 JLT<br><br>ORDER DISMISSING COMPLAINT AGAINST CARRILLO AND DENMARK |

Upon application of the United States of America, the Complaint against the above-named defendants filed on February 23, 2017, is ordered dismissed in the interests of justice. Additionally, the United States Marshal and his/her Deputy in the Eastern District of California are directed to release the defendant, Ladon Denmark, from custody.

Dated: February 23, 2017

_____
LAWRENCE J. O'NEILL
United States District Court Judge

1