PHILLIP A. TALBERT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:17-MJ-00004 JLT |
| Plaintiff, | ORDER DISMISSING COMPLAINT AGAINST CARRILLO AND DENMARK |
| v. | |
| LORI CARRILLO, LADON DENMARK, AND AARON STEWART | |
| Defendants. | |

Upon application of the United States of America, the Complaint against the above-named defendants filed on February 23, 2017, is ordered dismissed in the interests of justice. Additionally, the United States Marshal and his/her Deputy in the Eastern District of California are directed to release the defendant, Ladon Denmark, from custody.

Dated: February 23, 2017

LAWRENCE J. O'NEILL
United States District Court Judge

1